

*Attorneys at Law*

Kurt Bratten
*kurt.bratten@gesmer.com*

October 7, 2004

The Honorable Mark L. Wolf
United States Court for the
District of Massachusetts
One Courthouse Way
Boston, MA 02210

    Re:   *Diamond Windows & Doors, Mfg., Inc. v. Carlson Wegoma, LLC*
           C. A. No.: 04-11296-MLW

Dear Judge Wolf:

    I am the Defendant's counsel in the above-captioned case. I am filing this letter in response to the Court's September 14, 2004 Order that the parties inform the Court by October 7, 2004 whether they consent to a transfer of this case to a Magistrate Judge for all purposes ("September 14, 2004 Order"), and at the suggestion of Docket Clerk, Kathleen Boyce.

    With authorization from opposing counsel, Laurence Moss, Esq., I am writing to inform the Court that the parties have reached a settlement in principle with regard to the above referenced litigation. The parties anticipate being able to consummate the settlement and complete resolution of this matter by October 15, 2004. Accordingly, the parties seek a stay of the September 14, 2004 Order such that they are not required to report back to the Court concerning the assignment of this case to a Magistrate Judge, until October 15, 2004.

    Thank you for your anticipated cooperation.

                                Very truly yours,

                                Kurt Bratten

cc:    Laurence Moss, Esq. (Counsel to Diamond Windows)

40 Broad Street, Boston, MA 02109 ♦ Tel: 617.350.6800 ♦ Fax: 617.350.6878 ♦ www.gesmer.com