UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DIAMOND WINDOWS & DOORS MFG.,  )<br>  Plaintiff(s)  )<br>  )<br>v.  )<br>  )<br>CARLSON WEGOMA, LLC,  )<br>  Defendant(s)  ) | C.A. No.  04-11296-MLW |

SETTLEMENT ORDER OF DISMISSAL

WOLF, D.J.

The Court having been advised on October 7, 2004 by counsel for the plaintiff that the above-captioned action settled:

It is hereby ORDERED that this action is hereby DISMISSED without prejudice to reconsideration and possible reopening if within 60 days of this Order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

If no such motion is filed within 60 days of this Order, the case may only be reopened upon a meritorious motion pursuant to Fed. R. Civ. P. 60. See Pratt v. Philbrock, 109 F.3d 18 (1st Cir. 1997).

        By the Court:
        Tony Anastas, Clerk

October 12, 2004        /s/Dennis O'Leary
Date        Deputy Clerk